**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| **CHRISTINA TAYLOR,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 22 C 2517 |
| | ) |
| | ) Judge Rebecca R. Pallmeyer |
| | ) |
| **MEAD JOHNSON & COMPANY LLC,** *et al.*, | ) |
| | ) |
| Defendants. | ) |

**MDL REMAND CLOSING ORDER**

Pursuant to the Memorandum Opinion and Order [31], this case is remanded, forthwith, to the Court of Common Pleas of Philadelphia County, Trial Division, Civil Action Number: 220302606. The Clerk of the Court is directed to send a copy of this order to the United States District Court Pennsylvania Eastern (CA.No. 22-01703). Civil case terminated.

ENTER:

Date: October 14, 2022

_____
REBECCA R. PALLMEYER
United States District Judge